# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

United States of America,

    Plaintiff,

    v.                                    Case No. 2:06cr056 - 1

Stephanieann M. Watkins,        Judge Michael H. Watson

    Defendant.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 21, 2006 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The Court accepts the guilty plea of the above-named defendant.

**IT IS SO ORDERED.**

bac    April 6, 2006

Michael H. Watson, Judge
United States District Court